IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Matthew Don Stone, and | ) | Case No. 14-11448-R |
| Jennifer Jeanne Stone, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| John Barrett Roush, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. |
| | ) | |
| Matthew Don Stone, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

John Barrett Roush, Plaintiff in this adversary proceeding, brings this Complaint against Matthew Don Stone, the Defendant, and alleges and states as follows:

### Jurisdiction and Background Facts

1.      This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I).

2.      This Court has jurisdiction of the subject matter by virtue of 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. Section 523(a)(6) and (13).

3.      Venue is proper with this Court pursuant to 11 U.S.C. Section 1409.

4.      Matthew Don Stone filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on June 28, 2014 (the "Petition Date").

5.      The deadline to challenge dischargeability of certain debts is September 29, 2014.

6.      On November 3, 2013, Matthew Don Stone, punched John Barrett Roush in the face with a closed fist causing John Barrett Roush to fall.

7.      Matthew Don Stone continued to punch John Barrett Roush multiple times upon his head and face.

8.      John Barrett Roush was transported to St. Francis Hospital where he had surgery on his right eye due to the damage he received from being struck by Matthew Don Stone. According to the medical records, John Barrett Roush sustained a right zygomatic complex and depressed right zygomatic arch fracture as a result of the punches thrown by Matthew Don Stone.

9.      On December 4, 2013, Matthew Don Stone was charged by the District Attorney for Tulsa County, Oklahoma with criminal felony of Aggravated Assault and Battery under 21 O.S. Section 646.  See: *State of Oklahoma v. Matthew Don Stone*, CF-2013-5971 (the "Criminal Case").  In the Information filed by the Office of the Tulsa County District Attorney in the Criminal Case, it alleges that Matthew Don Stone:

> did commit the crime of **AGGRAVATED ASSAULT AND BATTERY**, a Felony, by unlawfully, feloniously, willfully and wrongfully commit an aggravated assault and battery upon the person of one John B Roush Jr. by then and there striking him multiple times about the face with a closed fist with force and violence, and did thereby inflict grievous wounds and great bodily injury upon the body of said John B Roush Jr. with the unlawful intent to do him corporal hurt and great bodily injury, to wit: fractured facial bones.

10.     On March 4, 2014, Matthew Don Stone pleaded guilty and admitted the facts as charged in the Information of the Criminal Case.

11.     John Barrett Roush sustained serious injuries to his face resulting in permanent damage that was caused by Matthew Don Stone's assault and battery.  The extent and amount of

John Barrett Roush's injuries caused by Matthew Don Stone's assault and battery upon him had not been determined as of the Petition Date.

**First Cause of Action**
**11 U.S.C. Section 523(a)(6)**

12.     John Barrett Roush incorporates by reference paragraphs 1-11 as set forth in detail here.

13.     John Barrett Roush was injured by the willful and malicious assault and battery by Michael Don Stone.

14.     A determination should be made that the injuries (the full amount which has not been established at this time) to John Barrett Roush caused by the willful and malicious assault and battery by Matthew Don Stone are excepted from Matthew Don Stone's discharge pursuant to 11 U.S.C. Section 523(a)(6).

**Second Cause of Action**
**11 U.S.C. Section 523(a)(13)**

15.     John Barrett Roush incorporates by reference paragraphs 1-11 as set forth in detail here.

16.     On July 11, 2014, Matthew Don Stone entered into a Restitution Schedule with the Office of the Tulsa County District Attorney agreeing to make restitution in the amount of $11,264.00 to John Barrett Roush.

17.     A determination should be made that the restitution Matthew Don Stone was ordered to pay to John Barrett Roush are excepted from Matthew Don Stone's discharge pursuant to 11 U.S.C. Section 523(a)(13).

WHEREFORE, John Barrett Roush, prays that this Court determine that:

1.  The undetermined damages for the injuries he suffered from the willful and malicious

3

assault and battery by Matthew Don Stone be excepted from Matthew Don Stone's discharge pursuant to 11 U.S.C. Section 523(a)(6); and

2. The restitution in the amount of $11,264.00 to be paid by Matthew Don Stone to John Barrett Roush be excepted from Matthew Don Stone's discharge pursuant to 11 U.S.C. Section 523(a)(13).

Respectfully submitted this 26th day of September, 2014.

RIGGS, ABNEY, NEAL,
TURPEN, ORBISON & LEWIS

_Scott P. Kirtley_

Scott P. Kirtley                OBA No. 11388
502 West 6th Street
Tulsa, Oklahoma   74119-1010
(918) 587-3161
(918) 587-9708 (fax)

Attorneys for John Barrett Roush